IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gray, Sabrina

Printed: 9/25/07

Case Number: 07 B 08189
Judge: Wedoff, Eugene R
Filed: 5/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: September 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 455.00 |  |
| Secured: |  | 20.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 410.43 |
| Trustee Fee: |  | 24.57 |
| Other Funds: |  | 0.00 |
| Totals: | 455.00 | 455.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,544.00 | 410.43 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | HSBC Bank USA | Secured | 0.00 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 6. | Village Of Matteson | Secured | 200.00 | 0.00 |
| 7. | Cook County Treasurer | Secured | 3,036.42 | 0.00 |
| 8. | Monterey Financial Services | Secured | 2,700.00 | 20.00 |
| 9. | Ridgeland Manor Condominium | Secured | 650.00 | 0.00 |
| 10. | HSBC Mortgage Services | Secured | 10,000.00 | 0.00 |
| 11. | T Mobile | Unsecured | 31.72 | 0.00 |
| 12. | Ridgeland Manor Condominium | Unsecured | 62.31 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 32.00 | 0.00 |
| 14. | Monterey Financial Services | Unsecured | 0.92 | 0.00 |
| 15. | Sprint Nextel | Unsecured | 208.02 | 0.00 |
| 16. | 77th St Depot Federal Credit Union | Unsecured |  | No Claim Filed |
| 17. | Allied Interstate | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Debt Credit Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,465.39 | $ 430.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 24.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gray, Sabrina | Case Number: 07 B 08189 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/25/07 | Filed: 5/4/07 |

_____
$ 24.57

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____